IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TAMMY JOHNSTON,              )
Individually and as Next     )
Friend and Legal Guardian    )
of H.M.W., a minor child,    )
                             )
    Plaintiff,                )
                             )       CIVIL ACTION NO.
    v.                       )         3:11cv981-MHT
                             )            (WO)
U-HAUL INTERNATIONAL, INC.,  )
a Corporation, et al.,       )
                             )
    Defendants.              )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 28) is granted and that defendant David Walker, d/b/a Custom Trucks Unlimited, and the claims against him are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

David Walker, d/b/a Custom Trucks Unlimited, is terminated as a main defendant.  Said party is still in this case as a crossclaim defendant.

This case is not closed.

DONE, this the 6th day of January, 2012.

                                   /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE