IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY JOHNSTON, Individually and as Next Friend and Legal Guardian of H.M.W., a minor child, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:11cv981-MHT (WO) |
| U-HAUL INTERNATIONAL, INC., a Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 28) is granted and that defendant David Walker, d/b/a Custom Trucks Unlimited, and the claims against him are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

David Walker, d/b/a Custom Trucks Unlimited, is terminated as a main defendant. Said party is still in this case as a crossclaim defendant.

This case is not closed.

DONE, this the 6th day of January, 2012.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE