IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TAMMY JOHNSTON,                )
Individually and as Next       )
Friend and Legal Guardian      )
of H.M.W., a minor child,      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     3:11cv981-MHT
                               )         (WO)
U-HAUL INTERNATIONAL, INC.,    )
a Corporation, et al.,         )
                               )
    Defendants.                )
```

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 29), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Eberly Transportation, d/b/a Two Men and a Truck, and the claims against it, are dismissed without prejudice.

The court assumes that defendant Eberly Transportation, d/b/a Two Men and a Truck, has no objection to the dismissal; however, if it does, it must

file the objection within seven days from the date of this judgment.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    Eberly Transportation, d/b/a Two Men and a Truck, is terminated as a main defendant.  Said party is still in this case as a crossclaim defendant.

    This case is not closed.

    DONE, this the 6th day of January, 2012.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**