IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TAMMY JOHNSTON, )<br>Individually and as Next )<br>Friend and Legal Guardian )<br>of H.M.W., a minor child, )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>U-HAUL INTERNATIONAL, INC., )<br>a Corporation, et al.,    )<br>    )<br>    Defendants.    ) | CIVIL ACTION NO.<br>  3:11cv981-MHT<br>       (WO) |

### JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (doc. nos. 25 & 26) are granted.

(2) U-Haul International, Inc. and Sovran Holdings, Inc. are dismissed without prejudice and terminated as defendants to the crossclaim brought by defendant Katherine Miller.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 25th day of January, 2012.**

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**