IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TAMMY JOHNSTON,                  )
Individually and as Next         )
Friend and Legal Guardian        )
of H.M.W., a minor child,        )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )      3:11cv981-MHT
                                 )          (WO)
U-HAUL INTERNATIONAL, INC.,      )
a Corporation, et al.,           )
                                 )
    Defendants.                  )
```

JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (doc. nos. 25 & 26) are granted.

(2) U-Haul International, Inc. and Sovran Holdings, Inc. are dismissed without prejudice and terminated as defendants to the crossclaim brought by defendant Katherine Miller.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 25th day of January, 2012.

                               <u>/s/ Myron H. Thompson</u>
                               UNITED STATES DISTRICT JUDGE