IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| TAMMY JOHNSTON, )<br>Individually and as Next )<br>Friend and Legal Guardian )<br>of H.M.W., a minor child, )<br>        )<br>    Plaintiff, )<br>        )<br>    v.    )<br>        )<br>U-HAUL INTERNATIONAL, INC., )<br>a Corporation, et al.,   )<br>        )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:11cv981-MHT<br>(WO) |

ORDER

It is ORDERED that the motion to extend time (doc. no. 71) is denied.

This court has made clear that, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 52), § 15(B). The movant has failed to offer any explanation as to why this motion was

filed just before the deadline, rather than days, or even weeks, in advance.

DONE, this the 6th day of July, 2012.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE