```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


TAMMY JOHNSTON,                )
Individually and as Next       )
Friend and Legal Guardian      )
of H.M.W., a minor child,      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      3:11cv981-MHT
                               )          (WO)
U-HAUL INTERNATIONAL, INC.,    )
a Corporation, et al.,         )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court that the motion for compromise of claims (doc. no. 212) is granted as follows:

(1) The settlement between plaintiff Tammy Johnston on behalf of the minor H.M.W. and defendants U-Haul International, Inc., Sovran Acquisition Limited Partnership (d/b/a Uncle Bob's Self Storage), CJR Enterprises, Inc. (d/b/a Two Men and a Truck), and

Katherine Miller (as administrator of the estate of Irene Katherine Miller) is approved.

(2) The settlement funds are to be distributed in accordance with the motion for compromise of claims on file with the court.

(3) Upon payment of the sums outlined in the motion for compromise of claims, defendants and their liability insurance carriers shall be released from all further liability or obligation to minor plaintiff H.M.W.

(4) The foregoing provisions of this order are in the best interests of minor plaintiff H.M.W. as well as all other parties concerned and are fair, just, and reasonable under the circumstances of this case.

(5) This case is dismissed in its entirety with prejudice, with one exception: the court retains jurisdiction to enforce the terms of the H.M.W. settlement agreement.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed in its entirety.**

**DONE, this the 11th day of June, 2013.**

                                     **/s/ Myron H. Thompson**
                                **UNITED STATES DISTRICT JUDGE**